UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAIFUSIN CHIU,<br><br>   Plaintiff,<br><br>   v.<br><br>THE PRESIDENT OF THE US,<br><br>   Defendants. | No.  2:25-cv-00157-TLN-AC<br><br>**ORDER** |

Plaintiff Taifusin Chiu ("Plaintiff"), proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On March 19, 2025, and May 14, 2025, the magistrate judge filed findings and recommendations, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 21 days.  (ECF Nos. 3, 5.) Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 19, 2025, and May 14, 2025, are adopted in full;

2. Plaintiff Taifusin Chiu is declared a vexatious litigant in the U.S. District Court for the

Eastern District of California and is held subject to the pre-filing order described in Section IV of the May 14, 2025, findings and recommendations; and

    3. This action is dismissed, with prejudice, as frivolous. The Clerk of the Court is directed to enter judgment and close this file.

    IT IS SO ORDERED.

**Date: June 17, 2025**

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE